# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

DOCKET NO. 3:14-CV-204-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | **OF FORFEITURE** |
| ) | |
| REAL PROPERTY DESCRIBED AS 14 ) | |
| ACRES ON MORGAN DRIVE, ) | |
| GAFFNEY, SOUTH CAROLINA 29341, ) | |
| TITLED TO AN INDIVIDUAL ) | |
| IDENTIFIED HEREIN AS MD, AS ) | |
| DESCRIBED MORE PARTICULARLY ) | |
| IN A TITLE TO REAL ESTATE FILED ) | |
| ON OCTOBER 25, 2013 AT VOLUME ) | |
| 64, PAGES 1809 THROUGH 1812 IN ) | |
| THE CHEROKEE COUNTY, SOUTH ) | |
| CAROLINA, REGISTER OF DEEDS, ) | |
| | |
| Defendant. | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property (Doc. No. 6).

THE COURT FINDS THAT:

1. A Complaint for Forfeiture <u>In Rem</u> of the Defendant Property was filed on April 24, 2014, together with supporting Verification from Special Agent Douglas P. Curran of the Federal Bureau of Investigation.

2. Process was fully issued in this action and returned according to law. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. Based on the Complaint and Verification of Special Agent Douglas P. Curran of the Federal Bureau of Investigation, the government has shown that the Defendant Property

constitutes or is derived from one or more violations of 18 U.S.C § 1341 and that it is therefore subject to forfeiture under 18 U.S.C § 981(a)(1(C).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States and no other right, title or interest shall exist therein: Real property described as 14 acres on Morgan Drive, Gaffney, South Carolina 29341, titled to an individual identified herein as MD, as described more particularly in a title to real estate filed on October 25, 2013 at volume 64, pages 1809 through 1812 in the Cherokee County, South Carolina, Register of Deeds.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

**SO ORDERED.**

Signed: December 22, 2014

Graham C. Mullen
United States District Judge