IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:14CV204-GCM |
| v. | ) | |
| | ) | **ORDER TO VACATE DEFAULT** |
| REAL PROPERTY DESCRIBED AS 14 | ) | **JUDGMENT AND DISMISS CASE** |
| ACRES ON MORGAN DRIVE, GAFFNEY, | ) | |
| SOUTH CAROLINA 29341, TITLED TO | ) | |
| AN INDIVIDUAL IDENTIFIED HEREIN | ) | |
| AS MD, AS DESCRIBED MORE | ) | |
| PARTICULARLY IN A TITLE TO REAL | ) | |
| ESTATE FILED ON OCTOBER 25, 2013 | ) | |
| AT VOLUME 64, PAGES 1809 THROUGH | ) | |
| 1812 IN THE CHEROKEE COUNTY, | ) | |
| SOUTH CAROLINA, REGISTER OF | ) | |
| DEEDS. | ) | |

THIS MATTER is before the Court on the United States of America's Motion to Vacate Default Judgment and Dismiss Case so as to facilitate recovery of the subject res by the victim of the alleged offenses set forth in the Complaint for Forfeiture In Rem. For good cause and for the reasons set forth in the Government's Motion, this case is dismissed without prejudice and the Default Judgment is hereby vacated and dismissed.

SO ORDERED.

Signed: June 14, 2017

Graham C. Mullen
United States District Judge

1